**Order entered August 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-09-01068-CV

### DONALD CARDWELL AND 121 INVESTMENTS, L.L.C., Appellants

### V.

### BILL GURLEY, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-03299**

## ORDER

The Court **REINSTATES** the appeal.

On September 14, 2011, we abated the appeal due to the filing of bankruptcy by appellant Donald Cardwell. In response to our July 24, 2015 letter inquiring about the current status of the bankruptcy proceedings, we received a letter from counsel for appellee that the docket sheet for the bankruptcy case shows that the case was closed on May 18, 2015. Accordingly, the appeal may now proceed.

At the time the appeal was abated, the filing fee had been paid but neither the clerk's record nor the reporter's record had been filed. Based on the information the Court has received regarding the status of the bankruptcy proceedings, it is not clear whether appellants desires to pursue the appeal.

Accordingly, we **ORDER** appellants, within **FIFTEEN DAYS** of the date of this order, to file a motion to dismiss the appeal or written verification that they intend to continue the appeal. If appellants do not respond within the time specified, the Court will, without further notice, dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE